NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DOMINICK HARVEY,                    )
                                    )
          Appellant,                )
                                    )
v.                                  )        Case No. 2D18-2965
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____ )

Opinion filed February 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Kimberly K.
Fernandez, Judge.


PER CURIAM.


          Affirmed.  See Lee v. State, 679 So. 2d 1158 (Fla. 1996); Edwards v.

State, 830 So. 2d 141 (Fla. 5th DCA 2002).


CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.